1  JAMES C. STURDEVANT (SBN 94551)
   (jim@sturdevantlaw.com)
2  MONIQUE OLIVIER (SBN 190385)
   (monique@sturdevantlaw.com)
3  THE STURDEVANT LAW FIRM
   A Professional Corporation
4  475 Sansome Street, Suite 1750
   San Francisco, CA 94111
5  Telephone:  (415) 477-2410
   Facsimile:  (415) 477-2420
6
   ROBERT C. LAMAR (Georgia Bar No. 431175)
7  (rclamar@laclaw.net)
   KATHERINE EICHELBERGER (Georgia No. 231466)
8  (eichelberger@laclaw.net)
   Lamar, Archer & Cofrin, LLP
9  50 Hurt Plaza, Suite 900
   Atlanta, GA 30303-2914
10 Telephone: (404) 577-1777
   Facsimile: (404) 577-9490
11
   Attorneys for Plaintiff Mark Grand
12

13                   **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16 MARK GRAND, individually and on behalf of        **CASE NO.  C 06-03448  MHP**
   others similarly situated,
17
                                                     STIPULATION TO TRANSFER VENUE;
18                 Plaintiffs,                        [PROPOSED] ORDER

19        vs.

20 TOSHIBA AMERICA INFORMATION
   SYSTEMS, INC., and DOES 1-20,
21
22                 Defendants.

23

24

25

26

27

28

1    By and through their attorneys of record, the parties herein stipulate to the following:

2        1.      This action was originally filed in San Francisco Superior Court on April 28, 2006;

3        2.      Defendant Toshiba America Information Systems, Inc. (TAIS) removed this action to the

4    United States District Court for the Northern District of California on May 26, 2006;

5        3.      TAIS moved to transfer venue of the action to the Central District of California, Southern

6    Division, Santa Ana Courthouse on June 13, 2006;

7        4.      The parties agree that the Central District of California, Southern Division, Santa Ana

8    Courthouse is an appropriate venue for this action;

9        5.      TAIS therefore agrees to withdraw its Motion to Transfer Venue and the parties hereby

10   agree to transfer venue to the Central District of California, Southern Division, Santa Ana Courthouse.

11

12   Dated: June 30, 2006                        Respectfully submitted,

13                                               THE STURDEVANT LAW FIRM
                                                 A Professional Corporation
14
                                                 LAMAR, ARCHER & COFRIN LLP
15

16                                               By:  _____/s/_____
                                                        Monique Olivier
17                                               Attorneys for Plaintiff Mark Grand

18
     Dated: June 30, 2006                        GREENBERG TRAURIG, LLP
19

20                                               By:  _____/s/_____
                                                        William J. Goines
21                                               Attorneys for Defendant TAIS

22

23   THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED. The Clerk of the Court
     shall transfer the file forthwith to the Clerk of the Court of the Central District, Santa Ana Division.
24

25   DATED: July 5, 2006 _____          _____
                                           UNITED STATES DISTRICT JUDGE
26

27                                         IT IS SO ORDERED

                                           Judge Marilyn H. Patel
28   F:\421_Grand\Pleadings\P-Stip&Order to Trnsfr Venue-200600629.wpd

1

STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER